# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

**DEFT:** GREGORI JERSON MENDEZ PALACIOS (J)# CELL BLOCK
**CASE NO:** 20-6363-SNOW — *not appointed today*

**AUSA:** Larry LaVecchio — Zoom present
**ATTY:** DUTY CJA: Hector Flores (available by Zoom) (If applicable-appeals colloquy)

**AGENT:**
**VIOL:** 18:554, 922; 31:5332

**PROCEEDING:** INITIAL APPEARANCE
**RECOMMENDED BOND:** PTD

**BOND HEARING HELD** - yes / no
**COUNSEL APPOINTED:**

**BOND SET @:**
**To be cosigned by:**

Rule 77.1 advised ✓ — Δ agrees to appear by video.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or ___ x's a week/month by phone; ___ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew:
- ☐ Travel extended to:
- ☐ Halfway House

***SPANISH INTERPRETER ORDERED*** by zoom

Δ - advised of charges.
Δ - says he can pay for an atty.
Court gives Δ time to hire an atty. —
Δ decided to ~~be sworn for counsel~~.
(INS hold)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-21-20 | 11:00am | Snow | |
| PTD/BOND HEARING: prelim | 8-21-20 | 11:00am | Snow | |
| PRELIM/ARRAIGN.: | 8-31-20 | 11:00am | STRAUSS | |

**CHECK IF APPLICABLE ___:** For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including _____, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..

**DATE:** 8-17-20   **TIME:** 11:00am   **DAR/ZOOM:** 11:15:28   **PAGE:** 2

10 min