UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MJ-6363-SNOW

UNITED STATES OF AMERICA

    v.

LUIS ALBERTO PATINO LINARES and
GREGORI JERSON MENDEZ PALACIOS,

    **Defendants.**
_____/

**JOINT MOTION TO CONTINUE ARRAIGNMENTS**

    The United States of America, by and through the undersigned Assistant United States Attorney, moves this Honorable Court for entry of an Order granting a continuance of the arraignments scheduled in the above-captioned matter. In support of this Motion, the United States offers the following:

    1.    On August 16, 2020, United States Magistrate Judge Lurana S. Snow of the Southern District of Florida signed a criminal complaint that charged defendants Patino Linares and Mendez Palacios with Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554 and Alien in Possession of Firearms, in violation of Title 18, United States Code, Section 922(g)(5). Defendant Mendez Palacios was additionally charged with Bulk Cash Smuggling Out of the United States, in violation of Title 31, United States Code, Section 5332 (DE 1).

    2.    On August 21, 2020, both defendants appeared before Magistrate Judge Snow, at which time she entered a finding of probable cause as to both defendants in accordance with Rule 5.1, Fed.R.Crim.P. (DE 9, 10).

3. On March 13, 2020, the President of the United States issued a proclamation declaring a National Emergency in response to the Coronavirus Disease-19 ("COVID-19") pandemic pursuant to the National Emergencies Act (50 U.S.C. § 1601, *et seq.*). (*see* Administrative Order 2020-23, Southern District of Florida). To date, there are over 5,800,000 confirmed cases in the United States alone (*see* https://coronavirus.jhu.edu/map.html). Of the positive cases within the United States, over 170,000 individuals have died (*see id.*).

4. On August 11, 2020, Chief Judge K. Michael Moore of the Southern District of Florida issued his most recent Order, Administrative Order 2020-53, in response to the current pandemic. Specifically, Chief Judge Moore ordered that all grand jury sessions are continued until January 4, 2021.   Of importance is that Chief Judge Moore found that "the ends of justice served by taking this action [continuing all grand jury sessions until January 4, 2021] outweigh the interests of the parties and the public in a speedy trial because the continuance of grand jury sessions in this district renders it unreasonable to expect the return and filing of an indictment within the period set forth in 18 U.S.C. § 3161(b)" (see Administrative Order 2020-53, p 4).   Thus, this period is excluded under the Speedy Trial Act.

5. The undersigned has consulted with Jose Teurbe-Tolon, who represents defendant Patino Linares, and with Jay White, who represents defendant Mendez Palacios, and is authorized to represent that both defendants join in the instant Motion.

WHEREFORE, the United States respectfully requests that this Court enter an Order

continuing the arraignments in this case and requests an arraignment date of January 22, 2021.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By  /s/ Lawrence D. LaVecchio
LAWRENCE D. LaVECCHIO
Assistant United States Attorney
Florida Bar No. 0305405
500 E. Broward Blvd., Suite 700
Ft. Lauderdale, FL   33394
Tel. (954) 660-5788/356-7230-fax
lawrence.lavecchio@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

  /s/ Lawrence D. LaVecchio
LAWRENCE D. LaVECCHIO
Assistant United States Attorney